SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARGELIS GIL-RODRIGUEZ,

                         Petitioner,            **CIVIL JUDGMENT**

-against-

                                                08 Civ. 3959 (KMW)

UNITED STATES OF AMERICA,

                         Respondent.
------------------------------------------------------------X

      By order dated April 28, 2008, petitioner was directed to submit an amended petition within sixty (60) days of the date of that order. Given that petitioner failed to file an amended petition as specified, it is,

      ORDERED, ADJUDGED AND DECREED: That the petition is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                                                                    KIMBA M. WOOD
                                                                                    Chief Judge

Dated: JUL 0 7 2008
         New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.